**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 113849
*Attorneys for Plaintiff*

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAR 23 2018   ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Nicole Beltrez, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

Diversified Adjustment Service, Inc.,

Defendant.

Docket No: 2:17-cv-06514-ADS-GRB

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: March 12, 2018

BARSHAY SANDERS, PLLC

By:   /s *Craig B. Sanders*
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*

SO ORDERED: Case shall remain closed.

s/ Arthur D. Spatt
_____
Arthur D. Spatt, U.S.D.J.

3/23/18
_____
Date